UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM HODGES,

      Plaintiff,                      Case No: 1:12-cv-413

v.                                      HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 2, 2014, recommending that the Commissioner's decision be vacated and that the matter be remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings because the portion of the ALJ's opinion discussing Plaintiff's credibility is so perfunctory that it does not permit meaningful appellate review. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 16) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is VACATED and this matter is REMANDED.

A Judgment will be entered consistent with this Order.

Dated:  January 27, 2014                              /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge